IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL STANLEY TURNER                                             PLAINTIFF
ADC #081306

v.                             No. 5:15-cv-167-DPM-JJV

SHERI J. FLYNN, Supervisor, Sex
Offender Assessment Committee                                   DEFENDANT

ORDER

On *de novo* review, the Court adopts the recommendation, № 6, and overrules Turner's objections, № 7. Turner's conclusory objection that his "life had been put in jeopard[y]" by being labeled a violent sexual predator, № 7 at 2, does not meet the imminent-danger exception to 28 U.S.C. § 1915(g). *Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003). Turner's motion for a hearing, № 8, is denied as moot. His complaint will be dismissed without prejudice for failure to pay the filing fee. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 July 2015