## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CARL STANLEY TURNER                                                                                    PLAINTIFF
ADC # 081306

v.                                            5:15CV00167-JJV

SHERI J. FLYNN, Supervisor,
Sex Offender Assessment Committee                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

_____
JOE J. VOLPE
United States Magistrate Judge